995 A.2d 299

IN THE MATTER OF JOHN P. MORRIS, AN ATTORNEY AT LAW.

May 18, 2010.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–316, concluding that **JOHN P. MORRIS** of **BRIDGETON,** who was admitted to the bar of this State in 1974, should be censured for violating *RPC* 1.3 (lack of diligence), *RFC* 1.4(b) (failure to keep client reasonably informed about status of matter), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JOHN P. MORRIS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.